UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

LANDON PILEKY,

    Plaintiff,

v.

JUDGE LARRY A. DUYCK, et al.,

    Defendants.

No. 5:24-CV-176-H

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that this case be dismissed. Dkt. No. 13. No objections were filed, and the plaintiff has taken no action in this case since August 18, 2024. *See* Dkt. No. 11.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiff's claims against defendants are dismissed with prejudice, except as to the claims against defendant Attorney General Paxton, which are dismissed without prejudice.

So ordered on September 22, 2025.

    JAMES WESLEY HENDRIX
    UNITED STATES DISTRICT JUDGE